**Order entered November 12, 2021**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-20-01105-CR

**JAMES MARCEL ENGLISH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31659**

**ORDER**

We **REINSTATE** this appeal.

On November 8, 2021, a supplemental clerk's record containing the trial court's appointment of counsel was filed. The following day, counsel filed an appearance. We **DIRECT** the Clerk to list Toby C. Wilkinson as counsel for appellant.

We **ORDER** appellant's brief due by **December 17, 2021**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrew Bench, Presiding Judge, 196th Judicial District Court; to Toby C.

Wilkinson; to James Marcel English, TDCJ #02348403, C. Moore Unit, 1700 N. F.M. 87, Bonham, TX 75418; and to the Hunt County District Attorney's Office.

/s/ DENNISE GARCIA
JUSTICE